From: 7022404267   Page: 3/4   Date: 3/23/2017 1:34:34 PM

JOINTLY SUBMITTED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JARAMILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION dba EL SUPER; A Foreign Corporation; DOES 1 - 20, ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>    Defendants. | Case No.: 2:16-cv-02538-RFB-CWH |

### STIPULATION AND ORDER ALLOWING PLAINTIFF'S INDEPENDENT MEDICAL EXAMINATIONS WITH DR. JOSEPH SCHIFINI AND WITH DR. CLIVE SEGIL

### AND

### TO WITHDRAW DEFENDANT'S EMERGENCY MOTION FOR FED. R. CIV. P. 35 EXAMINATION OF PLAINTIFF CHRISTINA JARAMILLO [ECF 10]

IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel of record, that Plaintiff Christina Jaramillo shall attend and participate in an Independent Medical Examination which shall take place on April 14, 2017, at the hour of 11:00 a.m., with Dr. Joseph Schifini, located at 600 S. Tonopah Drive, #240, Las Vegas, NV 89106.

1     The scope of the examination will include Plaintiff's pain management, including spine. There will be no invasive testing.

    IT IS FURTHER HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel of record, that Plaintiff Christina Jaramillo shall attend and participate in an Independent Medical Examination which shall take place on April 13, 2017, at the hour of 3:00 p.m., with Dr. Clive Segil located at the medical offices of Dr. Richard Cestkowski, 6655 W. Sahara Ave. D-100, Las Vegas, NV 89146.

    The scope of the examination will include Plaintiff's spine, right knee and left shoulder. There will be no invasive testing.

    IT IS HEREBY STIPULATED AND AGREED that Defendant's Emergency Motion For Federal Rules of Civil Procedure 35 Examination of Plaintiff Christina Jaramillo [ECF 10] is hereby withdrawn.

Dated: March 24, 2017

RICHARD HARRIS LAW FIRM

*/s/ Michaela E. Tramel*

MICHAELA E. TRAMEL, ESQ.
Nevada Bar No. 009466
801 S. Fourth Street
Las Vegas, NV 89101
Attorney for Plaintiff

Dated: March 24, 2017

BAUMAN LOEWE WITT & MAXWELL, PLLC

*/s/ Michael C. Mills*

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Attorney for Defendant

## ORDER

DATED this March 27 _____, 2017.

_____
Magistrate/Judge