# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JARAMILLO, | Case No. 2:16-cv-02538-RFB-CWH |
| Plaintiff, | |
| v. | |
| BODEGA LATINA CORPORATION, | **ORDER** |
| Defendant. | |

Presently before the Ccourt is Defendant Bodega Latina Corporation's motion to compel (ECF No. 28), filed on July 10, 2017. Plaintiff Christina Jaramillo filed a notice of non-opposition (ECF No. 29) on July 25, 2017.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." In light of Plaintiff's non-opposition, the Court will grant the motion and order production of the requested discovery material. The Court also grants Defendant's request for reasonable fees and costs associated with bringing this motion.

IT IS THEREFORE ORDERED that Defendant's motion to compel (ECF No. 28) is GRANTED. Plaintiff must respond to the discovery requests specified in the motion.

IT IS FURTHER ORDERED that the parties must meet and confer regarding Defendant's fees and costs associated with bringing this motion. If the parties cannot agree, any motion for attorney's fees related to this motion must be filed no later than August 21, 2017.

DATED: August 1, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge