1 **JOINTLY SUBMITTED**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA JARAMILLO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION<br>dba EL SUPER; A Foreign Corporation;<br>DOES I - 20, ROE BUSINESS ENTITIES<br>1 through 20, inclusive jointly and<br>severally,<br><br>　　　　Defendants. | Case No.: 2:16-cv-02538-RFB-CWH |

### STIPULATION AND ORDER TO DISMISS SECOND CAUSE OF ACTION ONLY

Plaintiff Christina Jaramillo and Defendant Bodega Latina Corporation, dba El Super, by and through their respective counsel, herby stipulate and agree to the following:

1. On November 3, 2015, Christina Jaramillo was a patron at the Bodega Latina Corporation's El Super store at 2021 E. Lake Mead Blvd., North Las Vegas, NV 89080.

2. On that day Christina Jaramillo slipped and fell on a wet substance on the floor of that store.

3. Defendant Bodega Latina Corporation is liable to Plaintiff as alleged in the Second Cause of Action for negligent hiring, training, supervision, retaining, and firing of its employees on the premises and in ensuring its

employees likewise exercise due care and maintain the premises in a reasonably safe and non-dangerous condition.

4. In exchange for the above stipulation of liability Plaintiff further agrees to the following:

    a. To voluntarily dismiss her Second Cause of Action Only against Defendant Bodega Latina Corporation.

| | |
|---|---|
| Dated: September 14, 2017 | Dated: September 14, 2017 |
| RICHARD HARRIS LAW FIRM | BAUMAN LOEWE WITT & MAXWELL, PLLC |
| /s/ Michaela E. Tramel | /s/ Michael C. Mills |
| MICHAELA E. TRAMEL, ESQ.<br>Nevada Bar No. 009466<br>801 S. Fourth Street<br>Las Vegas, NV 89101<br>Attorney for Plaintiff | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Attorney for Defendant |

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation [ECF 31] hereinabove is hereby Granted.

DATED this 18th day of September, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge