KYM S. CUSHING, ESQ.
Nevada Bar No. 4242
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax: (702) 444-4455
E-Mail: Kym@RichardHarrisLaw.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTINA JARAMILLO,<br><br>Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION,<br>dba EL SUPER, a Foreign Corporation;<br>DOES 1 - 20; ROE BUSINESS ENTITIES 1<br>through 20, inclusive jointly and severally,<br><br>Defendants. | CASE NO.: 2:16-cv-02538-RFB-CWH |

Plaintiff CHRISTINA JARAMILLO ("Plaintiff"), by and through her attorney of record Kym S. Cushing, Esq., of the RICHARD HARRIS LAW FIRM, hereby request that Michaela E. Wood, Esq. be removed from the list of counsel to be noticed.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Michaela E. Wood, Esq. is no longer with the Richard Harris Law Firm. Given the appearance of the attorney on behalf of Plaintiff, no party will be prejudiced by the counsel's withdrawal.

DATED this ____ day of July, 2018.

**RICHARD HARRIS LAW FIRM**

KYM S. CUSHING, ESQ.
Nevada Bar No. 4242
801 South Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED: July 12, 2018

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of RICHARD HARRIS LAW FIRM and that on this _11th_ day of July, 2018, I served a copy of the foregoing, **MOTION TO REMOVE ATTORNEY FROM THE SERVICE LIST** as follows:

[ X ]   Electronic Service – in accordance with FRCP Rule 5(b)(2)(E).

Michael C. Mills, Esq.
Bauman Loewe Witt & Maxwell, PLLC
3650 N. Rancho Dtive
Suite 114
Las Vegas, NV 89130
*Attorneys for Defendant*

Nicole Gilenson
An employee of RICHARD HARRIS LAW FIRM
Email: nicole@richardharrislaw.com