Michael C. Mills, Esq.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL, PLLC
3650 N. Rancho Drive, Ste. 114
Las Vegas, NV 89130
Tel.: (702) 240-6060
Fax: (702) 240-4287
Email: mmills@blwmlawfirm.com
*Attorneys for Defendant,*
*Bodega Latina Corporation dba El Super*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JARAMILLO,<br><br>    Plaintiff,<br>v.<br><br>BODEGA LATINA CORPORATION, dba EL SUPER, a Foreign Corporation; DOES 1-20; ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>    Defendants. | CASE NO.: 2:16-cv-02538-RFB-CWH<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

  Defendant, Bodega Latina Corporation dba El Super, by and through their attorney of record Michael C. Mills from BAUMAN LOEWE WITT & MAXWELL, PLLC, hereby hereby requests that attorney Aileen E. Cohen, Esq. be removed from the list of counsel to be

///
///
///
///
///
///
///
///

-1-

Aileen E. Cohen, Esq. is no longer with the firm of BAUMAN LOEWE WITT & MAXWELL, PLLC. Given the appearance of the attorney on behalf of Defendant Bodega Latina Corporation dba El Super, no party will be prejudiced by the counsel's withdrawal.

Dated this __16th__ day of July, 2018.

BAUMAN LOEWE WITT
& MAXWELL, PLLC

By: _____
Michael C. Mills, Esq.
Nevada Bar No.
3650 N. Rancho Drive, Ste. 114
Las Vegas, NV 89130
Tel.: (702) 240-6060
Fax: (702) 240-4287
Email: mmills@blwmlawfirm.com
*Attorneys for Defendant,*
*Bodega Latina Corporation dba El Super*

### ORDER

IT IS SO ORDERED:

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

DATED: July 18, 2018

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of BAUMAN LOEWE WITT & MAXWELL, PLLC and that on this 16TH day of July, 2018, I served a copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** as follows:

[ X ]  Electronic Service- in accordance with FRCP Rule 5(b)(2)(E)

Kym S. Cushing, Esq.
RICHARD HARRIS LAW FIRM
801 S. Fourth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

Aileen E. Cohen, Esq.
THORNDAL ARMSTRONG DELK
BALKENBUSH & EISINGER
1100 East Bridger Avenue
Las Vegas, NV 89101-5315

/s/ Sarah L. Johnson
An Employee of BAUMAN LOEWE WITT & MAXWELL, PLLC