KYM S. CUSHING, ESQ.
Nevada Bar No. 4242
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: kym@richardharrislaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINA JARAMILLO,<br><br>Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION dba EL SUPER; A Foreign Corporation; DOES I - 20, ROE BUSINESS ENTITIES 1 through 20, inclusive jointly and severally,<br><br>Defendants. | CASE NO.: 2:16-cv-02538-RFB-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE DUE DATE FOR PLAINTIFF'S OPPOSITION** |

COMES NOW, Plaintiff CHRISTINA JARAMILLO, by and through her attorney of record, KYM S. CUSHING, ESQ., of the RICHARD HARRIS LAW FIRM, and Defendant BODEGA LATINA CORPORATION dba EL SUPER by and through their attorney MICHAEL C. MILLS, ESQ. of BAUMAN LOEWE WITT & MAXWELL hereby respectfully requests that Plaintiff's Opposition to Defendant's Motions in Limine 1- 4 be extended until

/ / /

/ / /

/ / /

1

the end of the day on April 30, 2019.

DATED this 23rd day of April, 2019.

**RICHARD HARRIS LAW FIRM**

BY: __/s/ Kym S. Cushing_____
KYM S. CUSHING, ESQ.
Nevada Bar No. 4242
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

DATED this 23rd day of April, 2019.

**BAUMAN LOEWE WITT & MAXWELL**

BY: __/s/ Michael C. Mills_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 3534
3650 N. Rancho Drive
Suite 114
Las Vegas, NV 89130
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this ___ day of April, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 25th day of April, 2019.

Submitted by:

**RICHARD HARRIS LAW FIRM**

BY: __/s/ Kym S. Cushing
KYM S. CUSHING, ESQ.
Nevada Bar No. 4242
801 South Fourth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

2